■ DONALD BLAIR, Respondent, v. EDWARD W. JENNINGS et al., Defendants, and GORDON R. PALSBO et al., Appellants. DONALD J. BLAIR, Respondent, v. EDWARD W. JENNINGS, Defendant, and GORDON R. PALSBO et al., Appellants. JULIUS KLEIN, Appellant, v. DONALD BLAIR et al., Respondents.— Judgment, amended judgment and order affirmed, with costs. All concur. (Appeal by defendants Klein and Palsbo, and by plaintiff Klein, from judgment and amended judgment of Erie Trial Term for plaintiff Donald Blair and against said defendants for $6,700; and for defendant Blair for no cause of action in the companion case brought against him by plaintiff Klein, in an automobile negligence action. The order denied motions for a new trial.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ THOMAS J. NEWCOMB, Appellant, v. CLAUDE WYANT et al., Respondents.— Judgment and order affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment of Cayuga Trial Term for defendant for no cause of action in an automobile negligence action. The order denies a motion for a new trial.) Present — McCurn, P. J., Kimball, Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE HARRY SCHAAP, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Wyoming County Court dismissing the writ of certiorari and remanding relator to the custody of the Warden of Attica Prison.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD HALBE, JR., Appellant, against ROBERT A. GLASSER, as Sheriff of Erie County, Respondent. — Order affirmed, without costs of this appeal to either party. Memorandum: We have affirmed the order of Special Term on the ground that relator is properly held under an extradition warrant issued in accordance with section 829 of the Code of Criminal Procedure. (*People ex rel. Hutchings* v. *Mallon,* 218 App. Div. 461, affd. 245 N. Y. 521; *People ex rel. Pahl* v. *Hagerty,* 262 App. Div. 45, affd. 286 N. Y. 645; *People ex rel. Samet* v. *Kennedy,* 285 App. Div. 1116.) In arriving at this conclusion, we have not reached or passed upon the application of section 224 of the Correction Law. All concur. (Appeal from order of Erie Special Term dismissing the writ of habeas corpus and remanding relator to the custody of the duly authorized officer of State of Ohio.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHANIEL FULTON, Appellant.— Orders affirmed. All concur. (Appeal from two orders of Oneida County Court (1) denying defendant's motion to vacate a judgment of conviction and his request that he be returned for a hearing; and (2) denying defendant's motion for a reargument.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES BRYAN, Appellant.— Order affirmed. All concur. (Appeal from an order of Erie County Court denying a motion for writ of error *coram nobis*.) Present — McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.